**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **JAMES D. CARPENTER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:04CV53-DJS |
| ) | |
| **JO ANNE B. BARNHART,** Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #15] is accepted and adopted.

Dated this  30th  day of August, 2005.

                                                    /s/Donald J. Stohr
                                                  UNITED STATES DISTRICT JUDGE